JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
　　　　welchkirmsew@gtlaw.com

*Counsel for Defendant One West Bank N.A.
formerly One West Bank, FSB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WELSH,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ONE WEST BANK FSB, a Corporation; OCWEN LOAN SERVICING LLC., a Limited Liability Company; and DOES I through X inclusive, and, ROE CORPORATION<br><br>　　　　　　　Defendants. | Case No.: 2:18-cv-00228-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ONE WEST BANK N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, One West Bank N.A. ("OWB"), by and through its undersigned counsel of record, and Plaintiff, Linda Welsh, by and through her undersigned counsel of record, hereby stipulate and agree to extend the time for OWB to file an answer or other responsive pleading to Plaintiff's Complaint up to and including March 14, 2018.

/ / /

/ / /

1

Good cause supports this request for extension as counsel for OWB has just been retained and requires additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 15th day of February, 2018.

GREENBERG TRAURIG, LLP

*/s/ Jacob D. Bundick, Esq.*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant One West Bank N.A. formerly One West Bank, FSB*

DATED this 15th day of February, 2018.

LAW OFFICE OF MICHAEL J. HARKER

*/s/ Michael J. Harker, Esq.*
MICHAEL J. HARKER, ESQ.
Nevada Bar No. 5353
2901 El Camino Avenue, Suite 200
Las Vegas, NV 89102

*Counsel for Plaintiff Linda Welsh*

**ORDER**

**IT IS SO ORDERED.**

DATED this March 7, 2018.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

FTL 111630257v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ONE WEST BANK N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)