**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WELSH, <br><br> Plaintiff, <br><br> v. <br><br> ONE WEST BANK FSB, a Corporation; OCWEN LOAN SERVICING LLC., a Limited Liability Company; DOES I through X inclusive, and ROES I through X, <br><br> Defendants. | CASE NO: 2:18-cv-00228-APG-CWH <br><br> **PLAINTIFF AND OCWEN LOAN SERVICING LLC., STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT** <br><br> **(First Request)** |

Plaintiff LINDA WELSH and Defendant OCWEN LOAN SERVICING LLC., by and through their attorneys, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Complaint.

WHEREAS, Counsel for Plaintiff requires additional time to respond to the motion to Dismiss.

WHEREAS, Plaintiff and OCWEN LOAN SERVICING LLC., agree to extend Plaintiff's time to respond to HSBC's Motion until Wednesday, April 11, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause.

/ / /

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and OCWEN LOAN SERVICING LLC., that Plaintiff shall respond to OCWEN LOAN SERVICING LLC.'s Motion on or before Wednesday, April 11, 2018.

**IT IS SO STIPULATED**.

Dated March 14, 2018                                             Dated March 14, 2018

Submitted by:
The Law Office of Michael J. Harker, Esq.        Wright, Finlay, & Zak, LLP.

/s/ Michael J. Harker                                             /s/ Ace C. Van Patten
**MICHAEL J. HARKER, ESQ.**                        **ACE C. VAN PATTEN, ESQ.**
**Nevada Bar No.: 005353**                              **Nevada Bar No.: 11731**
2901 El Camino Ave., Suite 200                       7785 W. Sahara Ave., #200
Las Vegas, NV 89102                                         Las Vegas, NV 89117
(702) 248-3000                                                    (702) 475-7964
Attorney for Plaintiff                                          Attorney for Defendant Ocwen Loan Servicing

## ORDER

**IT IS ORDERED THAT** Plaintiff shall respond to OCWEN LOAN SERVICING LLC.'s Motion to Dismiss Complaint on or before Wednesday, April 11, 2018.

**IT IS SO ORDERED.**

Dated: March 16, 2018.

_____
UNITED STATES DISTRICT JUDGE