# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LINDA WELSH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ONE WEST BANK FSB and OCWEN LOAN SERVICING LLC,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00228-APG-CWH<br><br>**ORDER DEEMING SECOND ORDER TO SHOW CAUSE SATISFIED** |

　　　　I previously ordered defendant One West Bank FSB to show cause why this case should not be remanded for lack of diversity jurisdiction. ECF No. 4. In that order, I pointed out that for removal purposes "an LLC is a citizen of every state of which its owners/members are citizens." *Id.* (quoting *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)). In response, One West identified the <u>managers</u> of Ocwen Loan Servicing LLC, but not the <u>members</u>. ECF No. 5. Thus, I entered a second order to show cause. ECF No. 7.

　　　　One West did not specifically respond to the second order to show cause. However, it filed a joint statement regarding removed action in which it identified Ocwen Loan Servicing, LLC's only member was Ocwen Financial Corporation, which is a Florida corporation with its principal place of business in Florida. ECF No. 8 at 2.

　　　　IT IS THEREFORE ORDERED that the second order to show cause is deemed satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

　　　　DATED this 27th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE