**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WELSH, | CASE NO: 2:18-cv-00228-APG-CWH |
| Plaintiff, | |
| v. | **PLAINTIFF AND ONE WEST BANK FSB, STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT** |
| ONE WEST BANK FSB, a Corporation; OCWEN LOAN SERVICING LLC., a Limited Liability Company; DOES I through X inclusive, and ROES I through X, | |
| | **(First Request)** |
| Defendants. | **ORDER** |

Plaintiff LINDA WELSH and Defendant ONE WEST BANK FSB, by and through their attorneys, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Complaint.

WHEREAS, Counsel for Plaintiff requires additional time to respond to the motion to Dismiss.

WHEREAS, Plaintiff and ONE WEST BANK FSB, agree to extend Plaintiff's time to respond to HSBC's Motion until Wednesday, April 25, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause.

/ / /

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and ONE WEST BANK FSB., that Plaintiff shall respond to ONE WEST BANK FSB's Motion on or before Wednesday, April 25, 2018.

**IT IS SO STIPULATED**.

Dated March 26, 2018                                  Dated March 26, 2018

Submitted by:
The Law Office of Michael J. Harker, Esq.             Greenberg Traurig, LLP.

/s/ Michael J. Harker                                  /s/ Jacob D. Bundick
**MICHAEL J. HARKER, ESQ.**                           **JACOB D. BUNDICK, ESQ.**
**Nevada Bar No.: 005353**                            **Nevada Bar No.: 9722**
2901 El Camino Ave., Suite 200                        3773 Howard Hughes parkway, Suite 400 N
Las Vegas, NV 89102                                   Las Vegas, NV 89169
(702) 248-3000                                        (702) 792-3773
Attorney for Plaintiff                                Attorney for Defendant One West Bank FSB

### ORDER

**IT IS ORDERED THAT** Plaintiff shall respond to ONE WEST BANK FSB.'s Motion to Dismiss Complaint on or before Wednesday, April 25, 2018.

**IT IS SO ORDERED.**

Dated: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE