**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WELSH,<br><br>        Plaintiff,<br><br>v.<br><br>ONE WEST BANK FSB, a Corporation;<br>OCWEN LOAN SERVICING LLC., a<br>Limited Liability Company; DOES I through<br>X inclusive, and ROES I through X,<br><br>        Defendants. | CASE NO: 2:18-cv-00228-APG-CWH<br><br>**PLAINTIFF AND CIT BANK N.A., f/k/a**<br>**ONE WEST BANK N.A., f/k/a/ ONE**<br>**WEST BANK FSB, STIPULATION FOR**<br>**EXTENSION OF TIME TO RESPOND**<br>**TO MOTION TO DISMISS**<br>**COMPLAINT**<br><br>**(Second Request)** |

Plaintiff LINDA WELSH and Defendant CIT BANK N.A., f/k/a ONE WEST BANK N.A., f/k/a/ ONE WEST BANK FSB, by and through their attorneys, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Complaint.

WHEREAS, Counsel for Plaintiff requires additional time to respond to the Motion to Dismiss.

WHEREAS, Plaintiff and CIT BANK N.A., f/k/a ONE WEST BANK N.A., f/k/a/ ONE WEST BANK FSB, agree to extend Plaintiff's time to respond to CIT BANK N.A., f/k/a ONE WEST BANK N.A., f/k/a/ ONE WEST BANK FSB's Motion to Dismiss until Wednesday, May 9, 2018.

WHEREAS Defendant CIT BANK N.A., f/k/a ONE WEST BANK N.A., f/k/a/ ONE WEST BANK FSB's reply is due May 16, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause. Counsel for Plaintiff was out of the office for multiple days last week due to family illness.

/ / /

**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

welsh.stip&ordr04.18.mw.wpd

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave. #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY

STIPULATED AND AGREED, by and between Plaintiff and CIT BANK N.A., f/k/a ONE WEST

BANK N.A., f/k/a/ ONE WEST BANK FSB., that Plaintiff shall respond to CIT BANK N.A., f/k/a

ONE WEST BANK N.A., f/k/a/ ONE WEST BANK FSB's Motion to Dismiss on or before

Wednesday, May 9, 2018 and CIT BANK N.A., f/k/a ONE WEST BANK N.A., f/k/a/ ONE WEST

BANK FSB's response shall be due May 16, 2018.

**IT IS SO STIPULATED**.

Dated April 26, 2018                                              Dated April 26, 2018


Submitted by:
The Law Office of Michael J. Harker, Esq.          Greenberg Traurig, LLP.

/s/ Michael J. Harker                                         /s/ Jacob D. Bundick
**MICHAEL J. HARKER, ESQ.**                        **JACOB D. BUNDICK, ESQ.**
**Nevada Bar No.: 005353**                            **Nevada Bar No.: 9722**
2901 El Camino Ave., Suite 200                      3773 Howard Hughes parkway, Suite 400 N
Las Vegas, NV 89102                                     Las Vegas, NV 89169
(702) 248-3000                                             (702) 792-3773
Attorney for Plaintiff                                     Attorney for Defendant CIT BANK N.A., f/k/a
                                                                ONE WEST BANK N.A., f/k/a/ ONE WEST
                                                                BANK FSB

## ORDER

**IT IS ORDERED THAT** Plaintiff shall respond to CIT BANK N.A., f/k/a ONE WEST

BANK N.A., f/k/a/ ONE WEST BANK FSB.'s Motion to Dismiss Complaint on or before

Wednesday, May 9, 2018 and CIT BANK N.A., f/k/a ONE WEST BANK N.A., f/k/a/ ONE

WEST BANK FSB shall reply by May 16, 2018

**IT IS SO ORDERED.**


Dated: April 26, 2018.

_____
UNITED STATES DISTRICT JUDGE

welsh.stip&ordr04.18.mw.wpd