1  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9722
2  WHITNEY L. WELCH-KIRMSE, ESQ.
   Nevada Bar No. 12129
3  **GREENBERG TRAURIG, LLP**
4  3773 Howard Hughes Parkway, Suite 400 N
   Las Vegas, NV 89169
5  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
6  Email: bundickj@gtlaw.com
7         welchkirmsew@gtlaw.com

8  *Counsel for Defendant CIT Bank N.A.*
   *f/k/a One West Bank N.A.*
9  *f/k/a One West Bank FSB*

10

11

12                **UNITED STATES DISTRICT COURT**

13                     **DISTRICT OF NEVADA**

14  LINDA WELSH,                          Case No.:  2:18-CV-00228-APG-CWH

15                Plaintiff,

16                                        **STIPULATION AND ORDER FOR**
    vs.                                   **EXTENSION OF TIME FOR**
17                                        **DEFENDANT ONE WEST BANK N.A.**
                                          **TO FILE A REPLY IN SUPPORT OF ITS**
18  ONE WEST BANK FSB, a Corporation;     **MOTION TO DISMISS COMPLAINT**
    OCWEN LOAN SERVICING LLC., a Limited
19  Liability Company; and DOES I through X   **[THIRD REQUEST]**
    inclusive, and, ROE CORPORATION,
20
21                Defendants.

22

23        Plaintiff, LINDA WELSH ("Plaintiff"), and Defendant, CIT BANK N.A. f/k/a ONE WEST

24  BANK N.A. f/k/a ONE WEST BANK FSB ("OWB"), by and through their undersigned counsel of

25  record, hereby stipulate to extend the time for OWB to file a reply in support of its Motion to

26  Dismiss Complaint.

27        WHEREAS, due to a scheduling conflict, OWB requires additional time to file a reply in

28  support of its Motion to Dismiss Complaint.

                                          1

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

WHEREAS, Plaintiff and OWB agree to extend OWB's time to file a reply in support of its Motion to Dismiss Complaint from May 16, 2018, up to and including May 23, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and OWB, that OWB shall file a reply in support of its Motion to Dismiss Complaint on or before May 23, 2018.

DATED this 15th day of May, 2018.

GREENBERG TRAURIG, LLP

/s/ Whitney L. Welch-Kirmse
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

*Counsel for Defendant CIT Bank N.A.*
*f/k/a One West Bank N.A.*
*f/k/a One West Bank FSB*

DATED this 15th day of May, 2018.

THE LAW OFFICE OF MICHAEL J. HARKER

/s/ Michael J. Harker
MICHAEL J. HARKER, ESQ.
Nevada Bar No. 5353
2901 El Camino Avenue, #200
Las Vegas, NV 89102

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 15, 2018

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

FTL 111747615v1