**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LINDA WELSH, | Case No. 2:18-cv-00228-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| ONE WEST BANK FSB. et al., | |
| Defendants. | |

Presently before the court is the parties' Joint Status Report (ECF No. 33), filed on June 11, 2018. In light of the representations made in the report, the court finds good cause exists to stay discovery.

IT IS THEREFORE ORDERED that discovery in this case is STAYED pending the resolution of defendants' motions to dismiss (ECF Nos. 9, 15).

IT IS FURTHER ORDERED that within 21 days from the resolution of defendants' motions to dismiss, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: June 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE