**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WELSH, | CASE NO: 2:18-cv-00228-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | **PLAINTIFF AND ONE WEST BANK N.A.'S, STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| ONE WEST BANK FSB, a Corporation; OCWEN LOAN SERVICING LLC., a Limited Liability Company; DOES I through X inclusive, and ROES I through X, | |
| Defendants. | **(First Request)** |

Plaintiff LINDA WELSH and Defendant ONE WEST BANK N.A.'S, by and through their attorneys, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss First Amended Complaint.

WHEREAS, Counsel for Plaintiff requires additional time to respond to the Motion to Dismiss First Amended Complaint.

WHEREAS, Plaintiff and ONE WEST BANK N.A., agree to extend Plaintiff's time to respond to the Motion until Thursday November 8, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause.

/ / /

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and ONE WEST BANK N.A., that Plaintiff shall respond to ONE WEST BANK N.A.'S Motion on or before Thursday November 8, 2018.

**IT IS SO STIPULATED**.

Dated: October 31, 2018                              Dated October 31, 2018

Submitted by:
The Law Office of Michael J. Harker, Esq.            Greenberg Traurig, LLP.

/s/ Michael J. Harker                                /s/ Jacob D. Bundick
**MICHAEL J. HARKER, ESQ.**                          **JACOB D. BUNDICK, ESQ.**
**Nevada Bar No.: 005353**                           **Nevada Bar No.: 9722**
2901 El Camino Ave., Suite 200                       3773 Howard Hughes parkway, Suite 400 N
Las Vegas, NV 89102                                  Las Vegas, NV 89169
(702) 248-3000                                       (702) 792-3773
Attorney for Plaintiff                               Attorney for Defendant One West Bank N.A.

## ORDER

**IT IS ORDERED THAT** Plaintiff shall respond to ONE WEST BANK N.A.'S Motion to Dismiss First Amended Complaint on or before Thursday November 8, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 1, 2018.