**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WELSH, | CASE NO: 2:18-cv-00228-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | **PLAINTIFF AND OCWEN LOAN SERVICING LLC'S, STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| ONE WEST BANK FSB, a Corporation; OCWEN LOAN SERVICING LLC., a Limited Liability Company; DOES I through X inclusive, and ROES I through X, | |
| Defendants. | **(First Request)** |

Plaintiff LINDA WELSH and Defendant OCWEN LOAN SERVICING LLC., by and through their attorneys, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss First Amended Complaint.

WHEREAS, Counsel for Plaintiff requires additional time to respond to the Motion to Dismiss First Amended Complaint.

WHEREAS, Plaintiff and OCWEN LOAN SERVICING LLC., agree to extend Plaintiff's time to respond to the Motion until Friday November 16, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause.

/ / /

1 welsh.stip&ordr11.18.mw.wpd

**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and OCWEN LOAN SERVICING LLC., that Plaintiff shall respond to OCWEN LOAN SERVICING LLC.'S Motion on or before Friday November 16, 2018.

**IT IS SO STIPULATED**.

Dated: November 2, 2018                                    Dated November 2, 2018

Submitted by:
The Law Office of Michael J. Harker, Esq.        Wright, Finlay & Zak, LLP

/s/ Michael J. Harker                                              /s/ Pooja Kumar
**MICHAEL J. HARKER, ESQ.**                         **POOJA KUMAR, ESQ.**
**Nevada Bar No.: 005353**                                **Nevada Bar No.: 12988**
2901 El Camino Ave., Suite 200                      7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89102                                        Las Vegas, NV 89117
(702) 248-3000                                                    (702) 475-7964
Attorney for Plaintiff                                           Attorney for Defendant Ocwen Loan Servicing

## ORDER

**IT IS ORDERED THAT** Plaintiff shall respond to OCWEN LOAN SERVICING LLC'S Motion to Dismiss First Amended Complaint on or before Friday November 16, 2018.

**IT IS SO ORDERED.**

Dated: November 7, 2018.

_____
UNITED STATES DISTRICT JUDGE