**WRIGHT, FINLAY & ZAK, LLP**
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Pooja Kumar, Esq.
Nevada Bar No. 12988
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Telephone (702) 475-7964
Facsimile (702) 946-1345
sehlers@wrightlegal.net
pkumar@wrightlegal.net
*Attorneys for Defendant*
*Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WELSH, | Case No.: 2:18-cv-00228-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| ONE WEST BANK FSB, a Corporation; OCWEN LOAN SERVICING LLC, a Limited Liability Company; and DOES 1 through 10; and ROES I-X, | |
| Defendants. | |

Plaintiff LINDA WELSH (hereinafter "Plaintiff") and Defendant OCWEN LOAN SERVICING, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On October 19, 2018, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint. ECF No. 40 (hereinafter "Motion").

2. On November 15, 2018, Plaintiff filed her Opposition to Defendant's Motion. ECF No. 49.

3. Defendant's Reply in support of its Motion is due on November 26, 2018. Defendant is requesting an additional fourteen (14) days to file said Reply and, thus, requests up to December 10, 2018, to file said Reply.

4. Plaintiff does not oppose this extension.

5. This Stipulation is made in good faith and not for purposes of delay.

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL J. HARKER, ESQ. |
| */s/ Pooja Kumar* <br> R. Samuel Ehlers, Esq. <br> Nevada Bar No. 9313 <br> Pooja Kumar, Esq. <br> Nevada Bar No. 12988 <br> 7785 West Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Defendant* <br> *Ocwen Loan Servicing, LLC* | */s/ Michael J. Harker* <br> Michael J. Harker, Esq. <br> Nevada Bar No. 5353 <br> 2901 El Camino Avenue, Suite 200 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiff* <br> *Linda Welsh* |

## ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

Dated: November 28, 2018.