# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA WELSH, | Case No. 2:18-cv-00228-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| ONE WEST BANK FSB, et al., | |
| Defendants. | |

This matter is before the court on plaintiff and defendant's failure to comply with the court's order (ECF No. 34), dated June 13, 2018. The court stayed discovery pending the resolution of defendants' motions to dismiss (ECF Nos. 9, 15) and ordered the parties to meet and confer and file a proposed discovery plan within 21 days of the court's ruling on the motions. On September 5, 2018, the court issued a ruling on both motions. (Order (ECF No. 35, 36).) To date, the parties have not filed a stipulated discovery plan and scheduling order.

IT IS THEREFORE ORDERED that within 21 days from the date of this order, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: December 18, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE